## Commonwealth *v.* Sheffield, Appellant.

Submitted November 13, 1972. *Rus-*

*sell J. Heiple,* Assistant Public Defender, for appellant; *Ralph F. Kraft,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.